UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIC ZACHARY ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>M. SOKOLOFF,<br><br>    Defendant. | Case No. 15-cv-01854-YGR (PR)<br><br>**ORDER GRANTING DEFENDANT M. SOKOLOFF'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>[PROPOSED] |

GOOD CAUSE having been shown, this Court hereby grants the Ex Parte Application of Defendant M. SOKOLOFF, RN, for an order extending the time to file a motion for summary judgment or other dispositive motion, up to and including **October 20, 2016**.

Plaintiff's opposition to the dispositive motion shall be filed with the court and served on Defendant no later than **twenty-eight (28) days** after the date on which Defendant's motion is filed.

Defendant shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

- 1 -

1 | The motion shall be deemed submitted as of the date the reply brief is due.
2 | No hearing will be held on the motion unless the Court so orders at a later
3 | date.
4 | IT IS SO ORDERED:

Dated: September 7, 2016

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge